THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. SANFORD REAL ESTATE CORPORATION and Another, Appellants, Interpleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with costs. All concur. (The judgment decrees plaintiff's claim under a mortgage a first lien on certain household appliances.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CAROLYN ROSE, Appellant, v. LIBERTY MUTUAL INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an automobile negligence action to recover under a liability insurance policy.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEROY ELMER, Respondent, v. ALBERT F. CHILDS, SR., Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

AMELIA ROSETTI, as Administratrix, etc., of AUGUSTUS ROSETTI, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action under the Federal Employers' Liability Act to recover damages for death of plaintiff's intestate who was struck by a train.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

EARL A. HOAG, Respondent, v. BEN WOODS, Appellant. — Judgment affirmed, with costs. All concur. (The judgment is for damages for conversion of certain tools.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

MILDRED C. WACKERMAN, Taxpayer of the Town of Brighton, New York, Appellant, v. SAMUEL A. COOPER, Individually and as Supervisor of the Town of Brighton, Monroe County, New York, and Another, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to enjoin payment of salaries of defendants. The order denies plaintiff's motion for judgment on the pleadings.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

BRADLEY B. EVANS, Appellant, v. LAWRENCE STERN & COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and for judgment for plaintiff as demanded in the complaint. (The judgment dismisses the complaint in an action for services under section 71 of the Stock Corporation Law. The order denies a motion for a new trial on the minutes.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

MARTIN P. GRAY, Appellant, v. LAWRENCE STERN & COMPANY, Respondent.— Same decision and like cause of action as in companion case last above. Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.